```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MR. ADOLPHUS DOWNS,            :
                                         Civil Action No. 10-3158 (WJM)
        Petitioner,    :

        v.             :           **O R D E R**

DONALD MEE, et al.,            :

        Respondents.   :

On or about June 21, 2010, Petitioner filed the instant application for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis.

Based upon Petitioner's affidavit of indigence,

IT IS on this 6th day of July, 2010,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted.

                                            s/William J. Martini

                                            WILLIAM J. MARTINI
                                            United States District Judge