**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MR. ADOLPHUS DOWNS,                :
                                                    Civil Action No. 10-3158 (WJM)
                  Petitioner,        :

                  v.                 :              **O R D E R**

DONALD MEE, et al.,                :

                  Respondents.       :


        A Petition for Writ of Habeas Corpus having been filed in

the above action, pursuant to 28 U.S.C. § 2254, and notice having

been given pursuant to Mason v. Meyers, 208 F.3d 414 (3d Cir.

2000);

        IT IS on this 20th day of September, 2010;

        ORDERED that the Clerk of the Court shall serve copies of

the Petition, this Order, and all other documents docketed in

this matter upon Respondents by certified mail, return receipt

requested, with all costs of service advanced by the United

States; and it is further

        ORDERED that Respondents shall electronically file a full

and complete answer to said Petition within 45 days of the entry

of this Order, see Ukawabutu v. Morton, 997 F. Supp. 605 (D.N.J.

1998); and it is further

        ORDERED that Respondents' answer shall address the

allegations of the Petition by each paragraph and subparagraph,

and shall adhere to the requirements of 28 U.S.C. § 2254 Rule 5; and it is further

ORDERED that all non-jurisdictional affirmative defenses subject to waiver, such as timeliness, not raised in Respondents' answer or at the earliest practicable moment thereafter will be deemed waived; and it is further

ORDERED that the answer shall address the merits of each claim raised in the Petition, <u>see</u> 28 U.S.C. § 2254(b)(2); and it is further

ORDERED that the answer shall indicate what transcripts (of pretrial, trial, sentencing, or post-conviction proceedings) are available, when they can be furnished, and what proceedings have been recorded but not transcribed; and it is further

ORDERED that Respondents shall attach to the answer parts of the transcript that the Respondents consider relevant and, if a transcript cannot be obtained, Respondents may submit a narrative summary of the evidence, <u>see</u> 28 U.S.C. § 2254 Rule 5(c); and it is further

ORDERED that Respondents shall file with the answer a copy of: (1) any brief that Petitioner submitted in an appellate court contesting the conviction or sentence, or contesting an adverse judgment or order in a post-conviction proceeding; (2) any brief that the prosecution submitted in an appellate court relating to the conviction or sentence; and (3) the opinions and

dispositive orders relating to the conviction or the sentence, see 28 U.S.C. § 2254 Rule 5(d); and it is further

ORDERED that the answer shall contain an index of exhibits; and it is further

ORDERED that Respondents shall file the answer, the exhibits, and the list of exhibits electronically; and it is further

ORDERED that Petitioner shall file and serve a reply to the answer within 45 days of Petitioner's receipt of same, see 28 U.S.C. § 2254 Rule 5(e); and it is further

ORDERED that, within 7 days of Petitioner's release, be it on parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall serve this Order on Petitioner by regular mail.

s/William J. Martini

_____
WILLIAM J. MARTINI
United States District Judge